**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7140**

---

MUHAMMAD ABD SALEEM EURY,

Plaintiff - Appellant,

versus

ALAN MORRIS; PAUL CUMMINGS; KESHA FOWLKES;
JAMES KEELING; DANIEL BRAXTON, Warden; ROBERT
R. DOUMAR, Judge,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry C. Morgan, Jr., District
Judge. (CA-01-436-2)

---

Submitted: August 23, 2001        Decided: September 5, 2001

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Muhammad Abd Saleem Eury, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Muhammad Abd Saleem Eury appeals the district court's order denying relief on his civil rights complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Eury v. Morris, No. CA-01-436-2 (E.D. Va. July 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2